UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 25-cv-25593-FAM

ALBION BRAND FOUNDRY LTD,

    Plaintiff,

v.

The Partnerships, Unincorporated Associations Identified on Schedule A,

    Defendants.
_____/

## NOTICE OF ENTRY OF PARTIES LISTED INTO CM/ECF

Plaintiff, ALBION BRAND FOUNDRY LTD, by and through its undersigned counsel, hereby files this Notice of Entry of Parties, entering the Defendants listed on Schedule A.

DATED: December 4, 2025.        Respectfully submitted,

/s/ Andrew Palmer
Andrew J. Palmer
Palmer Law Group, P.A.
401 E Las Olas Blvd, Suite 1400
Fort Lauderdale, FL 33301
Phone: 954-771-7050
ajpalmer@palmerlawgroup.com
***Attorney for Plaintiff***

**Schedule A Defendants**

| Def. # | Seller Aliases | Defendants' Walmart Store URLs |
|---|---|---|
| 1 | XiangyuLi | https://www.walmart.com/global/seller/101666089 |
| 2 | GZCM Co.,Ltd | https://www.walmart.com/global/seller/102917692 |
| 3 | Smooth Crisp | https://www.walmart.com/global/seller/102906657 |
| 4 | Herise | https://www.walmart.com/global/seller/102829316 |
| 5 | YINHONG | https://www.walmart.com/global/seller/101661610 |
| 6 | Find Your Preference | https://www.walmart.com/global/seller/102579230 |
| 7 | Pine | https://www.walmart.com/global/seller/102810452 |
| 8 | YHGFVOKJ Clothing | https://www.walmart.com/global/seller/101664860 |
| 9 | Jingmenshiakuoshangmao | https://www.walmart.com/global/seller/102746424 |
| 10 | CD | https://www.walmart.com/global/seller/102922922 |
| 11 | HUAERZIDIANZI | https://www.walmart.com/global/seller/102748356 |
| 12 | YSY-dianzi | https://www.walmart.com/global/seller/102753527 |
| 13 | HUIJUNK | https://www.walmart.com/global/seller/102768324 |
| 14 | UrbanNest | https://www.walmart.com/global/seller/102717829 |
| 15 | UrbanCrate | https://www.walmart.com/global/seller/102651366 |
| 16 | Zhuen Home Mall | https://www.walmart.com/global/seller/102573532 |
| 17 | lirongfu | https://www.walmart.com/global/seller/102878241 |
| 18 | paweiod | https://www.walmart.com/global/seller/102875523 |
| 19 | XuanYuBaiHuo | https://www.walmart.com/global/seller/102897207 |
| 20 | Zhoukai Clothing | https://www.walmart.com/global/seller/101665038 |