UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division
**Case Number: 25-25593-CIV-MORENO**

ALBION BRAND FOUNDRY LTD,

    Plaintiff,

vs.

THE PARTNERSHIPS,
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE A,

    Defendant.
_____/

## FINAL ORDER OF DISMISSAL AS TO DEFENDANTS XIANGYULI, YHGFVOKJ CLOTHING, HUAERZIDIANZI, YSY-DIANZI, AND ZHOUKHAI CLOTHING

THIS CAUSE came before the Court upon Notice of Voluntary Dismissal With Prejudice (D.E. 22), filed on **February 13, 2026**.

THE COURT has considered the notice and the pertinent portions of the record, and is otherwise fully advised in the premises. Defendants Xiangyuli, Yhgfvokj Clothing, Huaerzidianzi, Ysy-Dianzi, and Zhoukhai Clothing have neither answered the complaint nor moved for summary judgment. It is

**ADJUDGED** that this Cause is **DISMISSED** with prejudice as to Defendants Xiangyuli, Yhgfvokj Clothing, Huaerzidianzi, Ysy-Dianzi, and Zhoukhai Clothing, with each party bearing its own fees and costs. *See* Fed. R. Civ. P. 41(a)(1)(A)(i).

DONE AND ORDERED in Chambers at Miami, Florida, this ___ of February 2026.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record