UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-cv-25593-CIV-MORENO

ALBION BRAND FOUNDRY LTD,

*Plaintiff*,

v.

The Partnerships, Unincorporated Associations Identified on Schedule A,

*Defendants*.

_____ /

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff ALBION BRAND FOUNDRY LTD, by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the following one Defendant with prejudice. Each party shall bear its own costs and fees.

| Def. No. | Seller Alias | Defendant's Walmart Store URL |
|---|---|---|
| 2 | GZCM Co.,Ltd | https://www.walmart.com/global/seller/102917692 |

February 28, 2026.

Respectfully submitted,

/s/ Andrew Palmer
Andrew J. Palmer
Palmer Law Group, P.A.
110 East Broward Blvd, Suite 1700
Fort Lauderdale, FL 33301
Phone: 954-771-7050
ajpalmer@palmerlawgroup.com
***Attorney for Plaintiff***

1